AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------------------------------------------------DISTRICT OF-------------------------------------------------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, AND ANNUITY FUNDS;
AND PLUMBERS AND GASFITTERS UNION
LOCAL NO. 12

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05 11793 NMG

GERALD B. McHALE d/b/a KDL PLUMBING
AND GERALD B. McHALE

TO: (Name and address of defendant)

   Gerald B. McHale
   Business and Residence: 70 East Foxboro Street, Sharon, MA  02067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Robert M. Cheverie, Esq.
   **ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
   Commerce Center One
   333 East River Drive, Suite 101
   East Hartford, CT  06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   AUG 3 1 2005
_____                     _____
CLERK                                               DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

**Norfolk County Sheriff's Department** P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-7 7
Norfolk, ss.

September 13, 2005

I hereby certify and return that on 9/9/2005 at 11:15AM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Gerald B. McHale, 70 East Foxboro Street Sharon MA 02067 and by mailing first class mail to the above mentioned address on 9/12/2005. Basic Service Fee ($20.00), Copies-Attestation ($10.00), Postage and Handling ($3.00) Total Charges $33.00

Deputy Sheriff Frederick J. Laracy        Deputy Sheriff

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                              Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure