# ROBERT M. CHEVERIE & ASSOCIATES P.C.

### ATTORNEYS AND COUNSELLORS AT LAW

ROBERT M. CHEVERIE*
THOMAS M. BROCKETT
JOHN T. FUSSELL
GREGORY S. CAMPORA**
*ALSO ADMITTED IN MASSACHUSETTS
**ALSO ADMITTED IN NEW YORK

COMMERCE CENTER ONE
333 EAST RIVER DRIVE, SUITE 101
EAST HARTFORD, CONNECTICUT 06108

TELEPHONE 860-290-9610
FAX 860-290-9611
E-MAIL INFO@CHEVERIELAW.COM

November 28, 2005

Clerk of the Court
**UNITED STATES DISTRICT COURT**
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

*In response, please refer to:*
*Our File No. 05-422-FED-JTF*

RE:    **TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION
NO. 12 WELFARE, PENSION, AND ANNUITY FUNDS, ET AL
vs. GERALD B. McHALE d/b/a KDL PLUMBING, ET AL
Civil Action No. 05-11793 (NMG)**

Dear Sir/Madam:

This correspondence is to request an Order of Default for Failure to Plead of the Defendant with regard to the above matter.  Please see attached Notice of Default.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Robert M. Cheverie

RMC/ldm

Enclosures

*JTF.12 FUNDS.KDL.2005*
*LTR Court req for notice of default 11-28-05*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Trustees of the Plumbers and Gasfitters' et al

_____

**Plaintiff**

**V.**

. McHale d/b/a KDL Plumbing and Gerald B.

_____

**Defendant**

**CIVIL ACTION**

**NO.** 05-11793 (NMG)
_____

**NOTICE OF DEFAULT**

Upon application of the Plaintiff, Trustees of the Plumbers and Gasfitters' Loc for an order of Default for failure of the Defendant, Gerald B. McHale d/b/a KDL Plumbing and Gerald _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this ____ day of _____ .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:** _____
**Deputy Clerk**

**Notice mailed to:** Gerald B. McHale d/b/a KDL Plumbing, 70 East Foxboro Street, Sharon, MA 02067

Gerald B. McHale, 70 East Foxboro Street, Sharon, MA 02067

Robert M. Cheverie, Esq., ROBERT M. CHEVERIE & ASSOCIATES, P.C., 333 East River Drive, Suite 101, East Hartford, CT 06108-4206

(Default Notice.wpd - 3/7/2005)