UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Trustees of the Plumbers
and Gasfitters et al**</u>
        **Plaintiff**

    **V.**

<u>**McHale d/b/a KDL Plumbing**</u>
        **Defendant**

CIVIL ACTION

NO. <u>05-11793 NMG</u>

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Trustees of the Plumbers and Gasfitters' et al</u> for an order of Default for failure of the Defendant, <u>Mchale d/b/a KDL Plumbing</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>21st</u> day of <u>March 2006</u>.

                      SARAH A. THORNTON
                      CLERK OF COURT

                By:    /s/ Elizabeth E. Sonnenberg
                      Deputy Clerk

**Notice mailed to:**
Gerald B. McHale d/b/a McHale d/b/a KDL Plumbing
70 Foxboro Street, Sharon, MA 02067

(Default Notice.wpd - 3/7/2005)