UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Trustees of the Plumbers and Gasfitters et al** | **CIVIL ACTION** |
| **Plaintiff** | |
| **V.** | **NO. 05-11793 NMG** |
| **Gerald McHale** | |
| **Defendant** | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Trustees of the Plumbers and Gasfitters' et al** for an order of Default for failure of the Defendant, **Gerald McHale**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **21st** day of **March 2006**.

                                                               SARAH A. THORNTON
                                                                CLERK OF COURT

                                                     By:   /s/ Elizabeth E. Sonnenberg
                                                                   Deputy Clerk

Notice mailed to:
Gerald B. McHale
70 Foxboro Street, Sharon, MA 02067

(Default Notice.wpd - 3/7/2005)